# Court of Appeals
# of the State of Georgia

ATLANTA, July 31, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2071. IN RE: ESTATE OF STEVEN RONALD SCHIFFMAN, WARD.**

This appeal was docketed on June 18, 2025. After being granted an extension of time to file their brief and enumeration of errors, the appellants' brief was due to be filed no later than July 28, 2025. Court of Appeals Rule 23 (a). The appellants have not timely filed a brief and enumeration of errors, and no extension of time for filing has been requested. Accordingly, this appeal is DISMISSED.

All pending motions are denied as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/31/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*